IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3012 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| JESSE C. ERWIN, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I have considered the defendant's letter, treated as a motion. I have also considered the government's brief submitted in response to my order.

Unfortunately, in this criminal matter, I cannot do anything to assist Mr. Erwin. The government, however, advises me that Mr. Erwin may seek an administrative waiver of his overpayment under Title 20, C.F.R. § 404.506. Mr. Erwin could contact the Social Security Administration by going to one of its local offices to seek assistance with such a waiver or he may contact the Nebraska State Bar Association Legal Referral Program to obtain the assistance of a lawyer at low or no cost. The telephone number for that program is (402) 475-7091 or (800) 927-0117.

Because I have no authority to aid Mr. Erwin in this matter,

IT IS ORDERED that the motion (filing 31) is denied. The Clerk of Court is directed to mail a copy of this memorandum and order at Mr. Erwin at his last known address.

November 19, 2008.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge